UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SONJA JANAYA OSBORNE JACKSON, | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:26-CV-00047-MAC-CLS |
| LOANCARE LLC and LAKEVIEW LOAN SERVICING LLC, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On April 17, 2026, Judge Stetson issued a Report and Recommendation (#40) advising denial of Plaintiff's motion to remand (#9). To date, neither party filed objections.

The court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Thus, the Report and Recommendation (#40) is **ADOPTED** and Plaintiff's motion to remand (#9) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE